**Mark SMITH, Appellant,**

v.

**Cheryl SMITH, Respondent.**

**No. WD 70198.**

Missouri Court of Appeals,
Western District.

Nov. 24, 2009.

Dennis J. Owens, Kansas City, Shelley L. Bishop, Kearney, MO, for Appellant.

R. Gregory Harrison, Liberty, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., MARK D. PFEIFFER, and KAREN KING MITCHELL, JJ.

**ORDER**

PER CURIAM:

Mr. Mark Smith appeals the circuit court's judgment dissolving his marriage to Ms. Cheryl Smith. Mr. Smith challenges the division of property and debts.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

**Hollis BROOKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70360.**

Missouri Court of Appeals,
Western District.

Nov. 24, 2009.

Melinda K. Pendergraph, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before JOSEPH M. ELLIS, P.J., VICTOR C. HOWARD, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM:

Hollis Brooks appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).